# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARRY BRIGGS, )
        Petitioner, )
        v. )  Civil Action No. 06-244 Erie
WARDEN H.J. MARBERRY, )
        Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on October 23, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on January 29, 2008 [17], recommends that Petitioner's motion for summary judgment [10] be denied, that Petitioner's Amended Petition for Writ of Habeas Corpus be denied, and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI McKean, where he is incarcerated, and on Respondent. Objections were filed by Petitioner on February 27, 2008 [19]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 28th day of February, 2008;

IT IS HEREBY ORDERED that Petitioner's motion for summary judgment [Doc. # 10] be, and hereby is, DENIED. IT IS FURTHER ORDERED that the Amended Petition for Writ of Habeas Corpus be, and hereby is, DENIED. IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on January 29, 2008 [17], is adopted as the opinion of the Court.

        s/ <u>Sean J. McLaughlin</u>

        Sean J. McLaughlin
        United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, Chief U.S. Magistrate Judge